JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO DENELL HOLLOWAY, | Case No. 2:25-cv-12152-SB-DSR |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| A. GONZALES, | |
| Defendant. | |

Pursuant to the Court's order of summary dismissal, filed concurrently herewith, it is hereby ordered and adjusted that the petition is dismissed for lack of jurisdiction.

This is a final judgment.

Date: July 8, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1